| **Des. 456,570** | **Accused Infringing Product** |
|---|---|
| Perspective view of a combined pet toy and exerciser showing my new design  (the broken line disclosure is and environmental structure for illustrative purposes only and forms no part of the claimed design) |  |
| Front view thereof  |  |

**Des. 565,253**  **Accused Infringing Product**

Left side view thereof




Right side view thereof




| **Des. 565,253** | **Accused Infringing Product** |

Top view thereof



Fig. 5



(the broken line disclosure is and environmental structure for illustrative purposes only and forms no part of the claimed design)

Bottom view thereof



Fig. 6



**Des. 565,253**  **Accused Infringing Product**

Rear view thereof





